# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD LONGNECKER, | ) | |
| | ) | |
| **Plaintiff,** | ) | 7:11CV3040 |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHWEST PUBLIC SCHOOL | ) | **ORDER** |
| DISTRICT #73-0179, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On September 14, 2011, Plaintiff filed a motion requesting that Defendant be compelled to answer Plaintiff's First Amended Set of Interrogatories and Plaintiff's First Amended Set of Production Requests. (Filing 19.) On September 20, 2011, Defendant filed a certificate of service stating that it served Plaintiff with Answers to Interrogatories and Request for Production of Documents on September 16, 2011. (Filing 23.) Plaintiff has now moved to withdraw (filing 24) his Motion to Compel.

Additionally, Plaintiff has filed an Unopposed Motion to Extend Time to Amend Complaint (filing 25), requesting that the deadline for Plaintiff to amend pleadings be moved from October 1, 2011, to November 1, 2011 (filing 25).

**IT IS ORDERED:**

1. Plaintiff's Motion to Withdraw Plaintiff's Motion to Compel (filing 24) is granted and Plaintiff's Motion to Compel Discovery (filing 19) is hereby deemed withdrawn.

2. Plaintiff's Unopposed Motion to Extend Time to Amend Complaint (filing 25) is granted. Any motion to amend pleadings and/or add parties by Plaintiff shall be filed not later than November 1, 2011. Any such motions by Defendant shall be filed not later than December 1, 2011.

3. The telephone conference scheduled with the undersigned magistrate judge on October 17, 2011, is hereby continued.

4. A telephone conference with the undersigned will be held on November 21,

2011, at 9:30 a.m. (CST), for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  Plaintiff's counsel shall initiate the call to the court.

**DATED September 27, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**