IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DONALD LONGNECKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:11CV3040** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **SOUTHWEST PUBLIC SCHOOL DISTRICT #73-0179,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (filing 47),

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, with each party to pay its own costs.

**DATED January 25, 2013.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**S/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**